IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD R. POINDEXTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3109 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT P. HOUSTON, Director of | ) | **MEMORANDUM AND ORDER** |
| Nebraska Department of Correctional | ) | |
| Services, and NEBRASKA BOARD | ) | |
| OF PAROLE, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

This matter is before the court on its own motion. On June 24, 2010, the Eighth Circuit Court of Appeals denied Petitioner's request to file a successive Petition for Writ of Habeas Corpus. (Filings 5, 6.) Petitioner subsequently filed a pleading in the Eighth Circuit Court of Appeals asking for an *en banc* review of the denial of his request to file a successive habeas application (filing 9). Petitioner also filed a motion in this court requesting that this action be stayed until such time as the Eighth Circuit reviewed its earlier findings (filing 7). The Eighth Circuit has since denied Petitioner's request for rehearing *en banc* (filings 11, 12). Accordingly, dismissal of Petitioner's Petition for Writ of Habeas Corpus (filing 1) is proper at this time as it is an unauthorized successive petition.

IT IS ORDERED:

1.    Petitioner's motion to stay (filing 7) is denied as moot;

2.    Petitioner's Petition for Writ of Habeas Corpus (filing 1) is dismissed without prejudice;

3.    A separate judgment will be entered in accordance with this memorandum and order.

August 20, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

2